30562. DERRICOTT *v.* THE STATE.

BROYLES, C. J. The accused was convicted in the criminal court of Fulton County of operating a lottery, known as the "number game," for the hazarding of money. The verdict of the jury was authorized by the evidence; and none of the rulings excepted to in the petition for certiorari show cause for a new trial.

The overruling of the certiorari was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JUNE 30, 1944.

*W. E. Armistead, Swift Tyler,* for plaintiff in error.

*Lindley W. Camp, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.